FILED
Apr 30 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4:20-cv-02966-DMR

FILED
APR 29 2020
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. HARJIT JOHAL, Defendant-Appellant. | No. 19-17244<br><br>D.C. Nos. 2:19-cv-00597-GEB<br>2:14-cr-00169-GEB-DB-3<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: MURGUIA, OWENS, and BENNETT, Circuit Judges.

Because district courts retain jurisdiction under 28 U.S.C. § 2241 to consider habeas challenges to immigration detention, *see Singh v. Holder*, 638 F.3d 1196, 1211-12 (9th Cir. 2011), we construe appellant's motion for release from detention as a petition for a writ of habeas corpus and transfer it to the Northern District of California. *See id.* § 2241(b). We urge the district court to address this matter expeditiously.

The Clerk will transfer the motion, opposition, and reply (Docket Entry Nos. 3, 5, 6) to the United States District Court for the Northern District of California, and will serve this order on the district court. Appellant's request that this matter be docketed as a "related" case to *Ortuño, et. al.,* No. 20-cv-02064-MMC, can be made to the district court. This order is not intended to limit the parties' ability to

SLL

supplement their papers with further argument and/or evidence, subject to discretion of the district court.